UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

```
EXPRESS FASTENERS, LTD.

                              Plaintiff,

   v.

UNITED STATES,
                              Defendant.
```

**S U M M O N S**

Court No. **26-853**

**TO:**    The Attorney General and the Secretary of Homeland Security:

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ **Gina Justice**
Clerk of the Court

### PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 3901, 2704 | Center (if known): | CEE005 Base Metals |
| Protest Number: | 390125132888 | Date Protest Filed: | December 12, 2025 |
| Importer: | Express Fasteners, Ltd. | Date Protest Denied: | January 11, 2026 (Deemed denied) |
| Category of Merchandise: | steel screws and fasteners | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 8GX80204878 | 08/27/2025 | 11/28/2025 | | | |
| 8GX80217045 | 10/13/2025 | 12/12/2025 | | | |
| | | | | | |
| | | | | | |

Maria Celis
John Peterson
Neville Peterson LLP
55 Broadway, Suite 2602
New York, NY  10006

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | 232 steel - 50% of entire entered article- provided by Base Metal Center for Expertise and Excellence's (CEE) informal interpretation and decision | |
| Protest Claim: | 232 steel - 50% should be assessed on steel content pursuant to Presidential Proclamation 10896 of February 10, 2025, Adjusting Imports of Steel Into the United States, 90 Fed. Reg. 9817 (published February 18, 2025) ("the February 10th Presidential Proclamation") and the Presidential Proclamation 10947 of June 3, 2025, Adjusting Imports of Aluminum and Steel Into the United States 90 Fed. Reg. 24199 (published June 8, 2025) ("the June 3rd Presidential Proclamation") (collectively "the Proclamations" or "the Executive Orders") which is supported by published CSMS 65236374 and a Customs FAQ issued by Customs for the calculation method of steel articles. | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |
| | | | | |

### Other
State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

The issue which was common to all such denied protests:

Express challenges Customs' decision to liquidate its entries, 8GX-80217045 and 8GX-80204878 on the entire value of steel screws and fasteners in contradiction to Presidential Proclamation 10896 of February 10, 2025, Adjusting Imports of Steel Into the United States, 90 Fed. Reg. 9817 (published February 18, 2025) ("the February 10th Presidential Proclamation") and the Presidential Proclamation 10947 of June 3, 2025, Adjusting Imports of Aluminum and Steel Into the United States 90 Fed. Reg. 24199 (published June 8, 2025) ("the June 3rd Presidential Proclamation") (collectively "the Proclamations" or "the Executive Orders") which is supported by published CSMS 65236374 (hereinafter "the CSMS") and Customs FAQ issued by Customs for the calculation method of steel articles.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/ John M. Peterson
_____
*Signature of Plaintiff's Attorney*

01/27/26
_____
*Date*