**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| EXPRESS FASTENERS, INC., <br><br>                    Plaintiff, <br><br>          v. <br><br>UNITED STATES, <br><br>                    Defendant. | **Court No. 26-00853** |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Jane A. Restani.

                                                /s/ Mark A. Barnett  
                                                  Mark A. Barnett  
                                                  Chief Judge

Dated:  February 4, 2026