UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. JANE A. RESTANI, JUDGE

|  |  |  |
|---|---|---|
| | : | |
| EXPRESS FASTENERS, LTD., | : | |
| | : | |
| Plaintiff, | : | Court No. 26-00853 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **<u>PROPOSED ORDER</u>**

Upon reading defendant's consent motion to extend the time within which to respond to plaintiff's complaint, it is hereby

ORDERED that defendant's consent motion be, and hereby is, granted; and it is further

ORDERED that defendant's time to file its response to plaintiff's complaint be, and hereby is, extended from March 30, 2026, to and including April 17, 2026.

Dated: _____
   New York, New York

_____
Jane A. Restani, Judge

UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. JANE A. RESTANI, JUDGE

| | | |
|---|---|---|
| | : | |
| EXPRESS FASTENERS, LTD., | : | |
| | : | |
| Plaintiff, | : | Court No. 26-00853 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### DEFENDANT'S CONSENT MOTION TO EXTEND THE TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT

The United States (the Government), pursuant to Rules 6(b) and 7 of the United States Court of International Trade, hereby moves this Court for an extension of time of eighteen (18) days, from March 30, 2026, to and including April 17, 2026, to respond to plaintiff's complaint. A response to the complaint is presently due on March 30, 2026, and this is the first request by the Government to extend the time within which to respond to the complaint.  On March 23, 2026, Ms. Maria Celis, counsel for plaintiff, advised that plaintiff consents to the relief requested by this motion.

Good cause exists for the requested extension.  When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act.  USCIT Rule 6(b)(1)(A).  "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *POSCO*, *et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc*., 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil

Procedure 16(b)); and *United States v. Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b))).

The agency is in the process of investigating the facts and issues alleged in the complaint, and undersigned government counsel is still awaiting the agency's final litigation report in this matter. The requested extension is therefore necessary to afford counsel for defendant additional time to continue to research plaintiff's allegations; to work with U.S. Customs and Border Protection (CBP) to evaluate the case; and to draft a response to the complaint for filing with the Court.

Given the nature of the issues presented in the complaint and counsel of record's responsibilities in other matters, the additional eighteen days we are seeking will enable us to better assist the Court in evaluating this action. For these reasons, the Government respectfully requests that its consent motion be granted.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By:    /s/ Aimee Lee
       AIMEE LEE
       Assistant Director

       /s/ Guy Eddon
       GUY EDDON
       Senior Trial Attorney
       Department of Justice, Civil Division
       Commercial Litigation Branch
       26 Federal Plaza, Room 346
       New York, New York 10278
       (212) 264-9232 or 9230
       *Attorneys for Defendants*

Dated: March 24, 2026

3