**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. JANE A. RESTANI, JUDGE**
-------------------------------------------------------------X

**EXPRESS FASTENERS, LTD.**                    :
                                               :
      **Plaintiff,**                         :
                                               :
      *v.*                                  :      **Court No. 26-00853**
                                               :
**UNITED STATES,**                             :
                                               :
      **Defendant.**                         :
-------------------------------------------------------------X

## SCHEDULING ORDER

On consideration of the parties' proposed briefing schedule, it is hereby ordered that –

1. Plaintiff's motion for judgment on the pleadings will be filed by June 30, 2026.

2. Defendant's response, which may include a dispositive cross motion, will be filed by August 31, 2026.

3. Reply briefs will be filed in accordance with the rules of the Court.

4. A discovery schedule will be proposed by the parties, if necessary, within fourteen (14) days after a decision on the dispositive motion(s).

/s/     Jane A. Restani

Judge Jane A. Restani

Dated: May 5, 2026
New York, NY